# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134737

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARTIS F. JOHNSON,
      Defendant-Appellant.

SC: 134737
COA: 278305
Marquette CC: 80-011857

_____/

On order of the Court, the application for leave to appeal the July 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

s1119